IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>**WILLIE GONZALEZ and**<br>**MAURICIO GONZALES,**<br><br>                  **Defendants.** | 8:13CR28<br><br>ORDER |

      This matter is before the court on the motion for an extension of time by defendant Mauricio Gonzales (Filing No. 62).  Gonzales seeks additional time in which to file pretrial motions in accordance with the progression order.  Gonzales' counsel represents that Gonzales will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion will be granted as to all defendants.

      **IT IS ORDERED**:

      1.    Defendant Gonzales' motion for an extension of time (Filing No. 62) is granted.

      2.    Gonzales shall file an affidavit on or before August 20, 2013.

      3.    **All defendants** are given until **on or before September 16, 2013**, in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., **the time between August 12, 2013, and September 16, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

      Dated this 12th day of August, 2013.

                                                                             BY THE COURT:

                                                                      s/ Thomas D. Thalken
                                                                   United States Magistrate Judge