IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR28 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WILLIE GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

In this case Mr. Gonzalez has pled guilty to Count I, but not guilty to Count II. Today I have accepted his guilty plea to Count I. I need to know whether we will have a trial as to Count II. Therefore,

IT IS ORDERED that the government shall file a response by close of business March 6, 2014, stating whether this case will be tried or whether the government will dismiss Count II.

Dated February 24, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge